**Electronically Filed
Intermediate Court of Appeals
29995
31-JAN-2011
08:50 AM**

NO. 29995

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DISCOVER BANK, a Delaware corporation,
Plaintiff-Appellee, v.
MILES T. TOMISATO, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
WAHIAWĀ DIVISION
(CIVIL NO. 1RC08-1-02382)

ORDER DENYING APPELLANT'S MOTION FOR RECONSIDERATION
(By:  Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of Appellant's motion for reconsideration filed on January 21, 2011, the papers in support, and the records and files,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, January 31, 2011.

On the motion:

Miles T. Tomisato
Pro Se Defendant-Appellant

Chief Judge

Associate Judge

Associate Judge